STATE OF CONNECTICUT *v.* DAVID WILLIAM SALERNO

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 161 (AC 12348), is granted, limited to the following issue:

"Did the Appellate Court properly decline to review the defendant's claim that the trial court should have dismissed the complaint on the grounds of the state's outrageous governmental conduct?"

The Supreme Court docket number is SC 15178.

*Gary A. Mastronardi,* in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided January 19, 1995

STATE OF CONNECTICUT *v.* JOSE ZAPORTA

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 250 (AC 13078), is granted, limited to the following issues:

"1. In the circumstances of this case, did the Appellate Court properly uphold the trial court's refusal to permit the defendant to depose a defense witness pursuant to Practice Book § 791 (3)?

"2. If the trial court's ruling was improper, was it harmless error?"

The Supreme Court docket number is SC 15179.

*Suzanne Zitser,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided January 19, 1995